IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL L. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3558 |
| PERKINS FAMILY RESTAURANT | : | |

## ORDER

AND NOW, this 11th day of June, 2002, upon consideration of Plaintiff's Motion to Proceed *In Forma Pauperis* and it appearing to the Court that Plaintiff does not have the financial resources to pay the District Court filing fees prescribed by 28 U.S.C. §1914, it is hereby ORDERED that the Motion is GRANTED and Plaintiff is given leave to proceed in this action *In Forma Pauperis*.  See:  28 U.S.C. §1915 (a) ; Adkins v. E.I. DuPont de Nemours, Inc., 335 U.S. 331, 69 S. Ct. 85, 93 L.Ed.2d 43 (1948).

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to issue a Summons and the U.S. Marshal Service shall serve the Summons and Complaint upon all named defendants.

BY THE COURT:

_____
MARY A. McLAUGHLIN,  J.