IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL L. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PERKINS FAMILY RESTAURANT, et al. | : | NO. 02-3558 |

## **O R D E R**

       AND NOW, this 22nd day of November, 2002, it is Ordered that the Rule 16 conference scheduled on November 21, 2002, is **RESCHEDULED** to December 5, 2002 at 11:30 a.m., United States District Court, 601 Market Street, Philadelphia, PA 19106, Courtroom 17-B.


ATTEST:                                    or    BY THE COURT


BY:_____              _____
    Carol D. James, Deputy Clerk                    MARY A. McLAUGHLIN,   J.


<u>mailed from chambers on 11/22/02:</u>
_____*Daryl Washington*
       *c/o St. Cloud Motel*
       *33 West Washington Ave.*
       *Washington, NJ  07882*

       *Peg Sterner/Case Manager*
       *2083 Rt. 57*
       *Washington, NJ  07882*


Civ 12 (9/83)