IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL L. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PERKINS FAMILY RESTAURANT, et al. | : | NO. 02-3558 |

**O R D E R**

       AND NOW, this 27th day of November, 2002, it is Ordered that the Rule 16 Conference in the above captioned case is RESCHEDULED to January 8, 2003 at 11:00 a.m., United States District Court, 601 Market Street, Philadelphia, PA 19106, Courtroom 17-B.

ATTEST:                                          or   BY THE COURT

BY:_____            _____
      Carol D. James, Deputy Clerk              MARY A. McLAUGHLIN, J.

<u>*mailed from chambers on 11/27/02:*</u>
       *Daryl Williams*
       *c/o St. Cloud Motel*
       *33 West Washington Ave.*
       *Washington, NJ 07882*

       *Peg Sterner/Case Manager*
       *2083 Rt. 57*
       *Washington, NJ 07882*

Civ 12 (9/83)