```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DARYL L. WILLIAMS,              :      CIVIL ACTION
         Plaintiff              :
                                :
     v.                         :
                                :
PERKINS FAMILY RESTAURANT et al :
         Defendants             :      NO. 02-3558
```

ORDER

AND NOW, this _____ day of December, 2002, upon consideration of the defendants' motion to treat defendants' motion to dismiss as uncontested (Docket #11), IT IS HEREBY ORDERED that the motion is denied. The defendants' motion to dismiss will be discussed at the in court status conference scheduled for Wednesday, January 8, 2003 at 11:00 a.m. The Court will not dismiss a pro se complaint without giving the pro se plaintiff a chance to explain his case in person.

BY THE COURT:


_____
MARY A. McLAUGHLIN, J.