```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DARYL L. WILLIAMS,            :     CIVIL ACTION
         Plaintiff            :
                              :
     v.                       :
                              :
PERKINS FAMILY RESTAURANT et al :
         Defendants           :     NO. 02-3558
```

<u>ORDER</u>

AND NOW, this     day of January, 2003, upon consideration of the defendants' motion to dismiss (Docket No. 5) and following an in court status conference on January 8, 2003, IT IS HEREBY ORDERED that the defendants' motion is DENIED for the reasons stated at the status conference.

                              BY THE COURT:


                              _____
                              MARY A. McLAUGHLIN, J.