IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL L. WILLIAMS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PERKINS FAMILY RESTAURANT et al | : | |
| Defendants | : | NO. 02-3558 |

ORDER

AND NOW, this      day of January, 2003, upon consideration of the plaintiff's petition to be assigned an attorney dated November 5, 2002 and following an in court status conference on January 8, 2003, IT IS HEREBY ORDERED that the Clerk of the Court shall attempt to obtain counsel for the plaintiff from the employment discrimination panel.

BY THE COURT:


_____
MARY A. McLAUGHLIN, J.