IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARYL L. WILLIAMS : CIVIL ACTION

vs. : NO. 02-3558

PERKINS FAMILY RESTAURANT, ET AL. :

## ORDER

**AND NOW,** this      day of      , 2003, on plaintiff's motion, <u>STEVEN T. STERN</u>, Esq., of the Plaintiff's Employment Attorney Panel, is appointed to represent plaintiff. Plaintiff should contact the attorney within five days. The attorney's address and telephone number are:

<u>     STEVEN T. STERN, ESQ.                    </u>

<u>     DIAMOND, POLSKY & BAUER                  </u>

<u>     1608 WALNUT STREET, 9TH FLOOR            </u>

<u>     PHILADELPHIA, PA 19103                   </u>

<u>     (215)-732-4200                           </u>

<u>                                              </u>
MARY A. MCLAUGHLIN, Judge

Note: A description of the Plaintiff's Employment Attorneys Panel program is attached.