IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL L. WILLIAMS | : | CIVIL ACTION |
| v. | : | |
| PERKINS FAMILY RESTAURANT | : | NO. 02-3558 |

**O R D E R**

AND NOW, this 25th day of April, 2003, it is Ordered that the Rule 16 conference in the above captioned case is RESCHEDULED to Wednesday, June 11, 2003, at 4:30 p.m.

ATTEST:                              or   BY THE COURT

BY:_____          _____
   Carol D. James, Deputy Clerk           MARY A. McLAUGHLIN,  J.


faxed from chambers 4/25/03:
   Steven Stern, Esq.
   Scott Heckman, Esq.


Civ 12 (9/83)